UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>Plaintiff,<br>vs.<br><br>BLUE CROSS BLUE SHIELD OF TENNESSEE and DOES 1-10,<br><br>Defendants. | Case No. 2:16-cv-03700-JAK (SSx)<br><br>**ORDER GRANTING STIPULATION RE AMOUNT IN DISPUTE AND REMAND TO STATE COURT**<br><br>**JS-6: Remanded** |

The Court, having reviewed the Stipulation Re Amount In Dispute and Remand To State Court between Healthcare Ally Management of California, LLC ("Plaintiff") and Defendant BlueCross BlueShield of Tennessee, Inc. (hereinafter referred to as "Defendant"), finds that good cause exists to enter an order approving said Stipulation.

Accordingly,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The total amount in dispute in this matter, exclusive of interest and costs, is $58,393.00, and therefore the case is remanded based upon lack of diversity jurisdiction to

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

the Los Angeles Superior Court, County of Los Angeles, Santa Monica Courthouse: 1725 Main Street, Santa Monica, CA 90401 - Case No. SC125729.

Dated: June 28, 2016

_____
Hon. John A. Kronstadt
United States District Judge